UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIE WADER, ) | Civil No. 09CV1534 JAH(JMA) |
| ) Plaintiff, ) | **ORDER SETTING BRIEFING SCHEDULE** |
| v. ) | |
| MICHAEL ASTRUE, ) Commissioner of Social Security, ) | |
| ) Defendant. ) | |

Pursuant to Rule 16.1(e)(3) of the Local Rules, Early Neutral Evaluation/Case Management Conferences are not required in Social Security cases. Accordingly, IT IS HEREBY ORDERED that all pretrial motions in this case must be filed *no later than September 17, 2010* to be heard before this Court. Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from this Court's law clerk.

Dated:     June 16, 2010

JOHN A. HOUSTON
United States District Judge

09cv1534